## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JATERA WILLIAMS** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | **SECTION** |
| **VERSUS** | * | |
| | * | **JUDGE** |
| | * | |
| **CIGNA HEALTH AND LIFE** | * | **MAGISTRATE** |
| **INSURANCE COMPANY a/k/a** | * | |
| **CIGNA PPO** | * | |

**************************************************************************

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendant, CIGNA Health and Life Insurance Company ("**CIGNA**"), to request removal of this matter to the United States District Court for the Eastern District of Louisiana and, in support thereof, represents as follows:

1.

This action was filed on December 21, 2017 in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, where it bears docket number 778961, Section E.

2.

In her Petition for Breach of Contract and to Compel Specific Performance, Plaintiff, Jatera Williams, alleges that at all relevant times she was insured by CIGNA under a PPO health plan and that she obtained pre-certification to undergo surgery for a torn labrum, which she suffered on April 27, 2016.

3.

Plaintiff alleges that CIGNA breached its contract by failing to pay for Plaintiff's medical expenses.

89920/447982

4.

As a result of CIGNA's alleged failure to pay, Plaintiff claims that her credit rating will suffer and that she sustained mental anguish and harassment as a result of having to deal with payment to medical providers she believed were being paid by CIGNA.

5.

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), as this action arises under the Employee Retirement Income Security Act ("ERISA"), a federal law.  The health plan which forms the foundation of this controversy is an ERISA plan.  ERISA law supersedes any and all state laws related to such a health plan.  *See* 29 U.S.C. 1144(a)

6.

Further, this is an action under sections 502(a)(1)(B) and/or (a)(3), 29 U.S.C. §§ 1132(a)(1)(B) and/or (a)(3) of ERISA, as Mrs. Williams is claiming entitlement to benefits as a participant/beneficiary under her ERISA plan.  Thus, section 502(e) of ERISA, 29 U.S.C. 1132(e), also provides for this Court's jurisdiction over this matter.

7.

Removal of this action is timely as this Notice is being filed by Defendant within thirty (30) days of this receipt of the Petition for Breach of Contract and to Compel Specific Performance. Service of Plaintiff's Petition was made on Tom Schedler, Louisiana Secretary of State, Commercial Division, on January 9, 2018.

8.

The 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, is within the territorial jurisdiction of this Honorable Court.

89920/447982

9.

A copy of all process, pleadings, and orders that have been served at this time are attached as "Exhibit A."

10.

Defendant is providing written notice of this Removal to all adverse parties and is filing a copy of this Notice with Clerk of Court for Jefferson Parish.

11.

**WHEREFORE**, Defendant prays that this case be removed to the United States District Court for the Eastern District of Louisiana for further proceedings and dispositions, and it prays that no further proceedings be had in this matter in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

Respectfully submitted,

**Milling Benson Woodward L.L.P.**

*/s/ Normand F. Pizza*
Normand F. Pizza (No. 8692)
Carlos J. Saravia (No. 37530)
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone: (985) 292-2000
Facsimile:  (985) 292-2001
***Attorneys for CIGNA Health and Life Insurance Company***

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 7th day of February, 2018.  Any other counsel of record will be served by first class mail.

*/s/ Normand F. Pizza*

89920/447982