# State of Louisiana
## Secretary of State

01/10/2018

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CIGNA HEALTH AND LIFE INSURANCE COMPANY
900 COTTAGE GROVE ROAD
BLOOMFIELD, CT 06002

Suit No.: 778961
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

JATERA WILLIAMS
vs
CIGNA HEALTH AND LIFE INSURANCE COMPANY ,A/K/A

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

TOM SCHEDLER
Secretary of State

Served on: TOM SCHEDLER
Served by: E CUMMINS

Date: 01/09/2018
Title: DEPUTY SHERIFF

No: 1063531

TG

(101) CITATION: ISSUE PETITION FOR BREACH OF CONTRACT ;  171227-0675-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

JATERA WILLIAMS
  versus
CIGNA HEALTH AND LIFE INSURANCE COMPANY,
CIGNA PPO

Case: 778-961   Div: "E"
P 1 JATERA WILLIAMS

SERVED ON
TOM SCHEDLER

To: CIGNA HEALTH AND LIFE INSURANCE COMPANY
THROUGH AGENT LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

CK#43049 $29.36
CK#42216 $50.00

JAN 09 2018

SECRETARY OF STATE
COMMERCIAL DIVISION

PARISH OF JEFFERSON

**You are hereby summoned to comply with the demand contained in the PETITION FOR BREACH OF CONTRACT of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.**

This service was requested by attorney PATRICK G. KEHOE JR and was issued by the Clerk of Court on the 27th day of December, 2017.

/s/ Kendra F. Pierre
Kendra F. Pierre, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: ISSUE PETITION FOR BREACH OF CONTRACT ;  171227-0675-1

Received:_____  Served:_____  Returned:_____

Service was made:
  ___ Personal    ___ Domiciliary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant    ___ Received too late to serve
  ___ Moved    ___ No longer works at this address
  ___ No such address    ___ Need apartment / building number
  ___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

Thomas F. Donelon Courthouse : 200 Derbigny St. : Gretna LA 70053

FILED FOR RECORD 12/21/2017 15:26:38
Stacy L. Roussel, DY CLERK
JEFFERSON PARISH, LA

### 24ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO.   778961   DIVISION " "   SECTION " "   E

### JATERA WILLIAMS

### VERSUS

### CIGNA HEALTH AND LIFE INSURANCE COMPANY
### a/k/a CIGNA PPO

FILED: _____   _____
                                    DEPUTY CLERK

### PETITION FOR BREACH OF CONTRACT
### AND TO COMPEL SPECIFIC PERFORMANCE

The petition of **JATERA WILLIAMS,** a person of the full age of majority and domiciled in the Parish of St. Charles, State of Louisiana, does with respect represent that:

I.

That made defendants herein are:

1. **CIGNA HEALTH AND LIFE INSURANCE COMPANY a/k/a CIGNA PPO (hereinafter referred to as "CIGNA"),** a foreign insurance company authorized to do and doing business in the State of Louisiana..

II.

Jatera Williams is insured by CIGNA under a medical PPO plan, member #992109524, which provides 80% payment to in-network healthcare providers and 70% payment to healthcare providers out-of-network.

III.

Jatera Williams sustained a torn labrum on April 27, 2016. Due to her injury, she underwent surgery at Jefferson Ambulatory by Dr. Timothy Finney. Anesthesia was provided by Southern Anesthesia.

IV.

Prior to surgery, the various healthcare providers placed defendant, CIGNA PPO, on notice that Jatera Williams would be undergoing surgery and obtained pre-certification.

V.

Hospitalization, surgery, anesthesia and other medical bills were incurred in Jefferson Parish and thus venue is proper in Jefferson Parish.

VI.

As a result of the defendant's, CIGNA, failure to pay healthcare costs associated with this surgery, plaintiff's credit rating will be impacted. Moreover, plaintiff has sustained mental anguish and harassment as a result of having to deal with payment to medical providers she believed were being paid by CIGNA as per the pre-certification process.

VII.

At the time of the surgery, plaintiff was insured by CIGNA PPO and respectfully requests this Court issue an order compelling CIGNA to pay any and all medical bills associated with the surgery and submitted in connection with her pre-certification and policy of insurance at the appropriate out-of-network rate, if in fact any provider is out-of-network.

VIII.

The above listed healthcare provider has contacted CIGNA as well as a claims administrator, SISCO, and has been advised that their bills will not be paid. Therefore, there is no need to wait for any administrative appeals process as the appeals decision has been made.

IX.

The value of this claim does not exceed $50,000.00.

WHEREFORE petitioner, **JATERA WILLIAMS,** prays that the defendants be duly cited and served with a copy of the petition for damages and that after due proceedings are had that there be judgment herein in her favor and against the defendants, **CIGNA HEALTH AND LIFE INSURANCE COMPANY a/k/a CIGNA PPO**, jointly, severally and in solido, in an amount sufficient to compensate plaintiff for the damages she sustained in addition compelling the payment of the medical costs associated with her hospitalization, surgery, anesthesia and other costs and legal interest thereon from date of judicial demand until paid, and all costs of these proceedings.

Respectfully submitted,

PATRICK G. KEHOE, JR. (#14419)
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON

**PLEASE SERVE:**

**CIGNA HEALTH AND LIFE INSURANCE COMPANY**
Through its Agent for Service
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809