UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JATERA WILLIAMS | CIVIL ACTION |
| VERSUS | No. 18-1235 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY | SECTION: "J"(1) |

## ORDER

Considering Plaintiff's *Motion for Dismissal* **(Rec. Doc. 8)**,

**IT IS HEREBY ORDERED** that all of Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 7th day of September, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE